**COURT MINUTES**
**U.S. MAGISTRATE JUDGE TED E. BANDSTRA -ATKINS BLDG 7TH FL**

DATE: 10/09/08        TIME: 1:30 P.M.        PAGE: 6

DEFT: JORGE CORDERO (J)81456-004        CASE NO: 08-20571-CR-MORENO (S)

*Peter Forand* (signature)

AGENT: USSS        VIOL: CONSP WIRE FRAUD/WIRE FRAUD

PROCEEDING: INITIAL APPEARANCE        RECOMMENDED BOND: _____
BOND/PTD CONTESTED HRG - yes / no        CJA APP'T: _____
BOND SET @: _____                        To be cosigned by: _____
                                          INTERPRETER: _____
                                          Disposition: *ASworn AFPD*

- [ ] All Standard Conditions.
- [x] Surrender / or do not obtain passports / travel documents
- [x] Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in a mental health assessment and treatment
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [x] Not to encumber property.
- [x] Maintain or seek full - time employment/education.
- [ ] No contact with victims / witnesses.
- [ ] No firearms.
- [ ] May Not visit Transportation Establishments.
- [ ] Travel extended to: _____
- [ ] Home Confinement: Electronic Monitoring and/or Curfew ___ , paid by _____
- [ ] Other _____

*Reading of Indictment Waived*
*Not Guilty plea entered*

*Stipulated 100,000 PSB*

*Released* (signature)

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
REPORT RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE
TAPE No: 08-E- 76 / 77-1   Begin: 3594        TIME IN COURT: 10